UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-MJ-1088-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| THOMAS BERNHOFER | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the charges against the above-captioned Defendants.

The defendant forfeited the collateral amount by payment to the Central Violations Bureau.

This the 8th day of June, 2010.

GEORGE E.B. HOLDING
United States Attorney

BY: /s/ Tobin W. Lathan
TOBIN W. LATHAN
Assistant United States Attorney

Leave of Court is granted for the
filing of the foregoing dismissal
this  14th day of June, 2010.

_____
LOUISE W. FLANAGAN
CHIEF U.S. DISTRICT JUDGE